STATE OF NEW YORK: COUNTY OF ERIE

In the Matter of the claim of

Gertetta Green-Page, and
Ka'sean Anthony

                Claimant,

**NOTICE OF CLAIM**

-against-

Federal Bureau of Investigation
Drug Enforcement Administration
City of Buffalo
Buffalo Police Department
County of Erie
Erie County Sheriff's Department

                Respondents.

**TO:**    Federal Bureau of Investigation
        Drug Enforcement Administration
        City of Buffalo
        Buffalo Police Department
        County of Erie
        Erie County Sheriff's Department

**PLEASE TAKE NOTICE**, Gertetta Green-Page and Ka'Sean Anthony the Claimants herein, hereby make a claim and demand against the Federal Bureau of Investigation, Drug Enforcement Administration, City of Buffalo, Buffalo Police Department, County of Erie and Erie County Sheriff's Department, pursuant to § 50-e of the General Municipal Law, as follows:

1. **The names and post-office addresses of the Claimants and their attorneys are:**

   <u>CLAIMANTS</u>
   Gertetta Green-Page
   Ka'sean Anthony
   43 Schauf St., Lower
   Buffalo, NY 14211

   <u>ATTORNEY</u>
   Steven M. Cohen
   HOGANWILLIG
   2410 North Forest Road, Suite 301
   Amherst, New York 14068

**HoganWillig**
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

{H2385939.1}

2. **The nature of the claim:**

Assault, false imprisonment, false arrest, abuse of process, deprivation of liberty without due process of law, unlawful search and seizure, negligent infliction of emotional distress, infliction of serious emotional harm, negligence, more specifically, negligent hiring, training and supervision of police officers and/or agents, and violation of Claimants' civil rights, all caused by the negligent, reckless, and careless actions of the Federal Bureau of Investigation, Drug Enforcement Administration, City of Buffalo, Buffalo Police Department, County of Erie and Erie County Sheriff's Department. Claimants were illegally and unlawfully assaulted, abused, harassed, arrested, imprisoned, seized, and otherwise harmed without just cause. Claimants suffered inhuman treatment, and were deprived of their Constitutional and civil rights without basis and/or reason.

3. **The date, time when, the place where and the manner in which the claim arose is as follows:**

On or about June 19, 2019, at approximately 6:00 am, Claimants were asleep in their bedrooms when Ms. Green-Page was awoken by the sound of an unknown number of agents or officers of the Federal Bureau of Investigation, Drug Enforcement Administration, City of Buffalo, Buffalo Police Department, County of Erie and Erie County Sheriff's Department busting through the main security door of their home, located at 43 Schauf St., Lower, Buffalo, New York, with a battering ram, alleging that they were in possession of a search warrant. The Respondents forcibly, violently and negligently entered Claimants' home where they were handcuffed. Several agents and officers of the Respondents then proceeded to ransack the entire home. Claimants were illegally detained for over an hour. Claimants later learned that the subject of the alleged search warrant was someone named "Guy Burt" who is not associated with

HoganWillig {BB189.1}
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600   Toll Free: 800.636.5255   Fax: 716.636.7606   www.hoganwillig.com

2

Claimants in any way, and to the best of Claimants' knowledge, has never resided at that address.

**The items of damages or injuries claimed are:**

The Claimants suffered permanent damage to their reputation and standing in the community; severe shock and fright, extreme anxiety and emotional and psychological injuries, as well as property damage in the form of a broken door frame resulting from the violation of Claimants' Fourth, Fifth and Fourteenth Amendment rights, all in an amount to be determined. Said claim and demand is hereby presented for adjustment and payment.

Dated: Amherst, New York
        September 13, 2019

Steven M. Cohen, Esq.
HOGANWILLIG, PLLC
*Attorneys for Claimants*
2401 North Forest Road, Suite 301
Amherst, New York 14068
Telephone: (716) 636-7600

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600   Toll Free: 800.636.5255   Fax: 716.636.7606   www.hoganwillig.com

3

STATE OF NEW YORK   }
                    } ss:
COUNTY OF ERIE      }

Gertetta Green-Page, being duly sworn states that I am the Claimant in the within action. I have read the foregoing Notice of Claim and know the contents thereof. The contents are true to my knowledge, except as to matters therein stated to be alleged upon information and belief and to those matters; I believe them to be true.

_____
Gertetta Green-Page

Sworn to and subscribed
before me this 13 day of September, 2019

_____
Notary Public

Steven M. Cohen
Notary Public – State of New York
Qualified in Erie County
My Commission expires March 6, 2023

STATE OF NEW YORK   }
                    } ss:
COUNTY OF ERIE      }

Ka'sean Anthony, being duly sworn states that I am the Claimant in the within action. I have read the foregoing Notice of Claim and know the contents thereof. The contents are true to my knowledge, except as to matters therein stated to be alleged upon information and belief and to those matters; I believe them to be true.

_____
Ka'sean Anthony

Sworn to and subscribed
before me this 13 day of September, 2019

_____
Notary Public

Steven M. Cohen
Notary Public – State of New York
Qualified in Erie County
My Commission expires March 6, 2023

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600   Toll Free: 800.636.5255   Fax: 716.636.7606   www.hoganwillig.com

4