STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

---

GERTETTA GREEN-PAGE and
KA'SEAN ANTHONY
43 Schauf Street, Lower
Buffalo, New York 14211,

          **SUMMONS**

      Plaintiffs,

v.

          **Index No.:**

FEDERAL BUREAU OF INVESTIGATION
One FBI Plaza
Buffalo, New York 14202,

DRUG ENFORCEMENT ADMINISTRATION
535 Washington Street, Suite 500
Buffalo, New York 14203

COUNTY OF ERIE
95 Franklin Street, Room 1634
Buffalo, New York 14202,

ERIE COUNTY SHERIFF'S DEPARTMENT
10 Delaware Avenue
Buffalo, New York 14202,

CITY OF BUFFALO
65 Niagara Square, Room 1100
Buffalo, New York 14202, and

BUFFALO POLICE DEPARTMENT
68 Court Street
Buffalo, New York 14202,

      Defendants.

---

TO THE ABOVE-NAMED DEFENDANTS:

  **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action, and to serve a copy of your Answer or, if the Complaint is not served with a Summons, to serve a Notice of Appearance, on Plaintiff's attorney within **twenty** (20) days after the service of this Summons, exclusive of the day of service, or within **thirty** (30) days after completion of service

{H2642090.1}                                  1

where service is made in any other manner than by personal delivery within the State. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

This action is brought in ERIE COUNTY based upon Plaintiffs' residence and the location of the incident alleged herein.

DATED: June 18, 2020
Amherst, New York

William A. Lorenz, Jr., Esq.
Steven M. Cohen, Esq.
HoganWillig, PLLC
*Attorneys for Plaintiffs*
2410 North Forest Road, Suite 301
Amherst, New York 14068
(716) 636-7600
wlorenz@hoganwillig.com

{H2642090.1}                                                                2

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

---

GERTETTA GREEN-PAGE and
KA'SEAN ANTHONY,

            **COMPLAINT**

    Plaintiffs,

v.

            Index No.:

FEDERAL BUREAU OF INVESTIGATION,
DRUG ENFORCEMENT ADMINISTRATION,
COUNTY OF ERIE,
ERIE COUNTY SHERIFF'S DEPARTMENT,
CITY OF BUFFALO, and
BUFFALO POLICE DEPARTMENT,

    Defendants.

---

  Plaintiffs GERTETTA GREEN-PAGE ("Page") and KA'SEAN ANTHONY ("Anthony"), by and through their attorneys, HOGANWILLIG, PLLC, as and for their Complaint against Defendants FEDERAL BUREAU OF INVESTIGATION ("FBI"), DRUG ENFORCEMENT ADMINISTRATION ("DEA"), COUNTY OF ERIE ("Erie"), ERIE COUNTY SHERIFF'S DEPARTMENT ("Sheriffs") (together the "Erie Defendants"), CITY OF BUFFALO ("Buffalo"), and BUFFALO POLICE DEPARTMENT ("BPD") (together the "Buffalo Defendants") herein, allege as follows:

  1. At all times hereinafter mentioned, Plaintiffs were and still are residents of the County of Erie and State of New York.

  2. Plaintiff Page is the grandmother of Plaintiff Anthony.

  3. Upon information and belief, and at all times hereinafter mentioned, Defendant FBI was and still is an agency of the United States of America, with a principal place of business located at One FBI Plaza, City of Buffalo, County of Erie, and State of New York.

{H2642180.1}                           1

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

4. Upon information and belief, and at all times hereinafter mentioned, Defendant DEA was and still is an agency of the United States of America, with a principal place of business located at 535 Washington Street, Suite 500, City of Buffalo, County of Erie, and State of New York.

5. Upon information and belief, and at all times hereinafter mentioned, Defendant Erie was and is a municipal corporation duly existing under the laws of the State of New York, with its principal offices located at 95 Franklin Street, City of Buffalo, County of Erie, and State of New York.

6. Upon information and belief, and at all times hereinafter mentioned, Defendant Erie acted and continues to act under color of state law by and through its agents, Defendant Sheriffs.

7. Upon information and belief, and at all times hereinafter mentioned, Defendant Sheriffs was and is an agent of Defendant Erie, duly formed and existing under the laws of the State of New York, with its principal offices at 10 Delaware Avenue, City of Buffalo, County of Erie, and State of New York.

8. Upon information and belief, and at all times hereinafter mentioned, Defendant Buffalo was and is a municipal corporation organized and existing under the laws of the State of New York, with principal offices located at 65 Niagara Square, City of Buffalo, and State of New York.

9. Upon information and belief, and at all times hereinafter mentioned, Defendant BPD was and is a division of Defendant Buffalo organized and existing under the laws of the State of New York, with principal offices located at 68 Court Street, City of Buffalo, and State of New York.

HoganWillig
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

10. By virtue of the application of one or more sections of the New York Civil Practice Law and Rules ("CPLR") § 1602, the limitations on liability imposed by same do not apply to the causes of action contained herein.

11. Venue is proper in Erie County based on Plaintiffs' residence and the location of the incident.

12. On or about September 13, 2019, and within ninety (90) days after the incident herein sued upon accrued, Plaintiffs served upon Defendants, through their duly authorized agents, a written Notice of Claim pursuant to § 50-e of the General Municipal Law of the State of New York setting forth the time, place, nature, and manner in which the claim arose, a copy of which is attached hereto as **Exhibit A**.

13. On or about September 23, 2019, Defendant Buffalo served upon Plaintiffs a Demand for Oral Examination of Plaintiffs/Claimants pursuant to Section 50-h of the General Municipal Law.

14. The Buffalo Defendants conducted an examination of Plaintiffs pursuant to Section 50-h of the General Municipal Law on October 31, 2019.

15. On or about November 25, 2019, Defendant Erie served upon Plaintiffs a Demand for Oral Examination of Plaintiffs/Claimants pursuant to Section 50-h of the General Municipal Law.

16. The Erie Defendants conducted an examination of Plaintiffs pursuant to Section 50-h of the General Municipal Law on February 18, 2020.

17. More than thirty (30) days have lapsed since the date the Notice of Claim was served and, at the time of this Complaint, Defendants have made no offers to settle this claim.

{H2642180.1}                                                                                                           3

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

18. This action was commenced within one year and ninety days of the date of the subject incident.

## ALLEGATIONS APPLICABLE TO ALL CLAIMS

19. On or about June 19, 2019, at approximately 6:00 a.m., Plaintiffs were asleep in their bedrooms at their home located at 43 Schauf Street, Lower, Buffalo, New York.

20. On or about June 19, 2019, at approximately 6:00 a.m., Plaintiffs were awoken by the sound of an unknown number of agents or officers of Defendants busting through the main door of her home with a battering ram.

21. Plaintiff Anthony got out of bed to see what the situation was, and saw agents or officers of Defendants rushing into his home.

22. The agents or officers of Defendants were clad in body armor with masks and carrying what appeared to Plaintiff Anthony to be assault rifles.

23. Agents or officers of Defendants shouted at Plaintiff Anthony to put his hands up.

24. Agents or officers of Defendants then commanded Plaintiff Page to come out of her bedroom, which Plaintiff Page.

25. Plaintiffs were then told to sit in chairs in or near the living room of the house, wherein their hands were zip-tied behind their back by agents or officers of Defendants.

26. Plaintiffs were informed by an unknown agent or officer of Defendants that said agents or officers were in possession of a search warrant.

27. However, no warrant was shown to Plaintiffs.

28. The agents or officers of Defendants proceeded to forcibly, violently, and negligently ransack Plaintiffs' home, causing damage to both the house and Plaintiffs' personal effects.

{H2642180.1}                                                                                                             4

HoganWillig
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

29. Plaintiffs were tied to their chairs and forced to watch while their home was torn apart by agents or officers of Defendants.

30. Plaintiff Anthony's hands were tied so tight that his wrists began bleeding.

31. Plaintiffs were eventually released from the zip-ties and informed that the alleged search warrant was for someone named "Guy Burt".

32. Plaintiffs were not associated with a "Guy Burt" in any way.

33. At no point did Plaintiffs attempt to resist the agents or officers of Defendants, or be violent in any way.

## AS AND FOR A FIRST CAUSE OF ACTION AGAINST ALL DEFENDANTS: UNREASONABLE SEIZURE AND DEPRIVATION OF LIBERTY WITHOUT DUE PROCESS OF LAW

34. Plaintiffs repeat, reiterate, and reallege each and every allegation in paragraphs "1" through "33" as if fully set forth herein.

35. At the time agents or officers of Defendants placed Plaintiffs under arrest they did not have reasonable suspicion that Plaintiffs had committed, were committing, or were about to commit a crime.

36. At the time Defendants held and detained Plaintiffs, Defendants did not have probable cause or reasonable suspicion to hold and detain Plaintiffs.

37. Said agents or officers, as employees of Defendants, and while acting under color of state law, unreasonably detained Plaintiffs without probable cause, in direct violation of Plaintiffs' civil rights under the Fourth and Fifth Amendments of the United States Constitution, as applied to the states by the Fourteenth Amendment of the United States Constitution, to be secure against unreasonable seizure of their person.

{H2642180.1}    5

HoganWillig
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

38. Said seizure and detention was prolonged, intrusive, unjustified, and served no governmental purpose.

39. The aforesaid conduct employed prior to and during the detainment of Plaintiffs by Defendants was in direct violation of Plaintiffs' civil rights under the Fourth, Fifth and Fourteenth Amendments of the United States Constitution to be secure against deprivations of liberty without due process of law.

40. The aforesaid conduct of the agents or officers of Defendants was pursuant to a policy and custom of Defendants.

41. That as a result of the foregoing, Plaintiffs have been injured and damaged, and subjected to humiliation and embarrassment, all to Plaintiffs' damage in a sum exceeding the jurisdictional limits of all lower courts.

## AS AND FOR A SECOND CAUSE OF ACTION AGAINST ALL DEFENDANTS: VIOLATION OF PLAINTIFFS' CIVIL RIGHTS THROUGH EXCESSIVE USE OF FORCE

42. Plaintiffs repeat, reiterate, and reallege each and every allegation in paragraphs "1" through "41" as if fully set forth herein.

43. Plaintiffs' home was forcibly entered by agents or officers of Defendants, causing damage to Plaintiffs' property.

44. Plaintiffs were zip-tied to chairs during the alleged search in a manner that was excessive in nature under the circumstances by Defendants.

45. At the time Plaintiffs were subjected to said excessive force by Defendants, Plaintiffs were not uncooperative, had made no attempts to interfere with police business, did not pose any threat to Defendants or to others, and were not attempting to flee Defendants.

{H2642180.1}

6

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

46. The physical force used by Defendants was not warranted or reasonable and was excessive under the circumstances.

47. The aforesaid conduct of the agents or officers of Defendants was pursuant to a policy and custom of Defendants.

48. That as a result of the foregoing, Plaintiffs have been injured and damaged, and subjected to humiliation and embarrassment, all to Plaintiffs' damage in a sum exceeding the jurisdictional limits of all lower courts.

### AS AND FOR A THIRD CAUSE OF ACTION AGAINST ALL DEFENDANTS: VIOLATION OF PLAINTIFFS' CIVIL RIGHTS THROUGH PUNISHMENT WITHOUT DUE PROCESS OF LAW IN VIOLATION OF THE FOURTEENTH AMENDMENT

49. Plaintiff repeats, reiterates, and realleges each and every allegation in paragraphs "1" through "48" as if fully set forth herein.

50. The aforementioned actions of Defendants by subjecting Plaintiffs to suffering physical pain and injuries from forcing them into zip-ties, as well as subjecting Plaintiffs to emotional injury and property damage through ransacking their home were taken with deliberate indifference to Plaintiffs' welfare.

51. The aforesaid deliberate indifference by Defendants was intended to punish Plaintiffs and was part of a pattern and policy of Defendants to deprive arrestees of fair and humane treatment and constituted punishment without due process of law in violation of the Fourteenth Amendment of the United States Constitution.

52. That as a result of the foregoing, Plaintiffs have been injured and damaged, and subjected to humiliation and embarrassment, all to Plaintiffs' damage in a sum exceeding the jurisdictional limits of all lower courts.

{H2642180.1}

7

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

### AS AND FOR A FOURTH CAUSE OF ACTION AGAINST ALL DEFENDANTS: BATTERY

53. Plaintiffs repeat, reiterate, and reallege each and every allegation in paragraphs "1" through "52" as if fully set forth herein.

54. Plaintiffs were forced onto chairs and tightly zip-tied in a manner that was excessive in nature under the circumstances by Defendants.

55. The aforesaid battery was unprovoked by Plaintiffs, unwarranted, unjustified and in violation of § 35.30 of the Penal Law of the State of New York and § 140.15 of the Criminal Procedure Law of the State of New York.

56. The aforesaid battery was performed in the furtherance of the individual agent or officer's employment with Defendants.

57. That as a result of the foregoing, Plaintiffs have been injured and damaged, and subjected to humiliation and embarrassment, all to Plaintiffs' damage in a sum exceeding the jurisdictional limits of all lower courts.

### AS AND FOR A FIFTH CAUSE OF ACTION AGAINST ALL DEFENDANTS: FALSE ARREST

58. Plaintiffs repeat, reiterate, and reallege each and every allegation in paragraphs "1" through "57" as if fully set forth herein.

59. Plaintiffs were arrested by Defendants without probable cause or reasonable basis as previously alleged, in their own home.

60. The aforesaid actions of the agents or officers of Defendants were performed in the furtherance of their respective employment with Defendants.

{H2642180.1}

8

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

61. That as a result of the foregoing, Plaintiffs have been injured and damaged, and subjected to humiliation and embarrassment, all to Plaintiffs' damage in a sum exceeding the jurisdictional limits of all lower courts.

### AS AND FOR A SIXTH CAUSE OF ACTION AGAINST ALL DEFENDANTS: FALSE IMPRISONMENT

62. Plaintiffs repeat, reiterate, and reallege each and every allegation in paragraphs "1" through "61" as if fully set forth herein.

63. Defendants placed Plaintiffs in zip-ties and confined them in their own home.

64. Plaintiffs were conscious of said confinement.

65. Plaintiffs did not consent to said confinement.

66. Said confinement was a restraint on Plaintiffs' liberty in excess of what was necessary and proper.

67. Defendants' confinement of Plaintiffs was not privileged as there was no lawful purpose for same.

68. The aforesaid actions of the agents or officers of Defendants were performed in the furtherance of their respective employment with Defendants.

69. That as a result of the foregoing, Plaintiffs have been injured and damaged, and subjected to humiliation and embarrassment, all to Plaintiffs' damage in a sum exceeding the jurisdictional limits of all lower courts.

### AS AND FOR A SEVENTH CAUSE OF ACTION AGAINST ALL DEFENDANTS: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

70. Plaintiffs repeat, reiterate, and reallege each and every allegation in paragraphs "1" through "69" as if fully set forth herein.

{H2642180.1}                                                                                                           9

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

71. The aforesaid actions of the agents or officers of Defendants were outrageous, shocking, and exceeded all reasonable bounds of decency.

72. The aforesaid actions of the agents or officers of Defendants were taken with the intention of causing Plaintiffs severe emotional distress.

73. The aforesaid actions of the agents or officers of Defendants were performed in the furtherance of their respective employment with Defendants.

74. That as a result of the foregoing, Plaintiffs have been injured and damaged, and subjected to humiliation and embarrassment, all to Plaintiff's damage in a sum exceeding the jurisdictional limits of all lower courts.

### AS AND FOR AN EIGHTH CAUSE OF ACTION AGAINST ALL DEFENDANTS: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

75. Plaintiffs repeat, reiterate, and reallege each and every allegation in paragraphs "1" through "74" as if fully set forth herein.

76. The aforesaid actions of the agents or officers of Defendants caused Plaintiffs emotional distress.

77. The aforesaid incidents were caused wholly and solely as a consequence of the carelessness of the agents or officers of Defendants and without any negligence on the part of Plaintiffs contributing thereto.

78. The aforesaid actions of the agents or officers of Defendants were performed in the furtherance of their respective employment with Defendants.

79. That as a result of the foregoing, Plaintiffs have been injured and damaged, and subjected to humiliation and embarrassment, all to Plaintiffs' damage in a sum exceeding the jurisdictional limits of all lower courts.

{H2642180.1}  10

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

## AS AND FOR A NINTH CAUSE OF ACTION AGAINST ALL DEFENDANTS: NEGLIGENT HIRING, TRAINING, AND SUPERVISION

80. Plaintiffs repeat, reiterate, and reallege each and every allegation in paragraphs "1" through "79" as if fully set forth herein.

81. Upon information and belief, Defendants, their agents, servants, and employees, hired the agents or officers who performed the alleged search to perform work as officers of Defendants.

82. Upon information and belief, Defendants, their agents, servants, and employees, trained the agents or officers who performed the alleged search to perform work as officers of Defendants.

83. Defendants were negligent in the hiring of the agents or officers in that they knew, or in the exercise of reasonable care should have known, that said Defendants did not possess the temperament and psychological makeup to properly carry out their duties as responsible and law abiding officers.

84. Defendants were negligent in the training of the agents or officers in that they failed to train said agents or officers in the proper bases for making arrests, the proper use of force, and in the rights of citizens under the United States Constitution in general and how to otherwise properly carry out their duties as responsible and law abiding police officers.

85. Defendants were negligent in the supervision of the agents or officers in that they permitted said agents or officers to detain and arrest citizens without probable cause or reasonable suspicion; use excessive in effectuating arrests; and encouraged an atmosphere of disregard of the rights of citizens under the United States Constitution; and failed to discipline police officers who committed such offenses.

{H2642180.1}                                                                                                                                          11

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

86. That as a result of the foregoing, Plaintiffs have been injured and damaged, and subjected to humiliation and embarrassment, all to Plaintiffs' damage in a sum exceeding the jurisdictional limits of all lower courts.

**WHEREFORE**, Plaintiffs demand judgment against Defendants in an amount which exceeds the jurisdictional limits of all other courts which might otherwise have jurisdiction, and for such other and further relief to Plaintiffs as this Court deems just and proper.

DATED: June 18, 2020
Amherst, New York

/s/ William A. Lorenz, Jr.
William A. Lorenz, Jr., Esq.
Steven M. Cohen, Esq.
HoganWillig, PLLC
*Attorneys for Plaintiffs*
2410 North Forest Road, Suite 301
Amherst, New York 14068
(716) 636-7600
wlorenz@hoganwillig.com

{H2642180.1}   12

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com