Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| GERETTA GREEN-PAGE, ET AL | **INTERIM JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 20-CV-837 |
| v. | |
| COUNTY OF ERIE, ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the County Defendants' motion for summary judgment is granted and judgment is entered in their favor.

Date: February 23, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Colin J.
       Deputy Clerk