Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| GERTETTA GREEN-PAGE<br>AND KA'SEAN ANTHONY<br>    v.<br><br>CITY OF BUFFALO AND<br>BUFFALO POLICE DEPARTMENT | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 20-CV-837 |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the City Defendants' Motion for Summary Judgment is Granted.


Date: July 30, 2024                                     MARY C. LOEWENGUTH
                                                       CLERK OF COURT


                                                       By: s/Suzanne
                                                           Deputy Clerk